UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 FEB -9 P 1: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

Hector Rivera
                    Plaintiff

v.                                              CIVIL ACTION NO.
                                                05-30044. MAP

CITY OF SPRINGFIELD, SPRINGFIELD PUBLIC
SCHOOLS, SUPERINTENDENT DR. JOSEPH
P. BURKE, PRINCIPAL DR. ANN STENNETT,
ASSISTANT PRINCIPAL MR. THOMAS
O'BRIEN, ASSISTANT PRINCIPAL MR.
KOLAJO AFOLABI
                    Defendants

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
MOTION ~~~~~~ EXCESS OF 25 PAGES**

The Plaintiff hereby requests permission from the Court to file his MOTION FOR TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION and memorandum in support thereof in excess of twenty five pages for the following reasons:

Whereas this is a motion for preliminary injunction this motion is more similar to a complaint by nature. In order to make the case for the plaintiff and state that facts and law in a manner sufficient to stand on its own the motion required in excess of twenty five pages.

WHEREFORE, plaintiff respectfully request that this court grant the him permission to file this motion which is greater than the twenty five page limit.

Respectfully submitted,
The Plaintiff
By his attorney

February 8, 2005

Derek M. Beaulieu, Esq.
1242 Main Street, Suite 306
Springfield, MA 01103
BBO#644185

2

## CERTIFICATE OF SERVICE

I, Derek M. Beaulieu, Attorney for Plaintiff hereby certify that on this ~~eighth~~ day of February 2005, I delivered via in hand service a copy of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE RESONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN EXCESS OF 25 PAGES to Peter Fenton, Esq., 1695 Main Street, Springfield MA 01103.

February 9, 2005

Derek M. Beaulieu, Esq.