UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HECTOR RIVERA

          V.

CITY OF SPRINGFIELD

CASE NO. 05-30044 MAP

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION FOR TRO AND PRELIMINARY INJUNCTION on 2/25/05 at 3:00 P.M., before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

NOTE:   COUNSEL FOR PLAINTIFF TO NOTIFY DEFENDANT OF HEARING DATE

TONY ANASTAS,
CLERK OF COURT

2/25/05
_____
     Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)         [kntchrgcnf.]
                                       [ntchrgcnf.]