UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 MAR -2  A 10: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

HECTOR RIVERA     )
                  )
                  )
v.                )   CASE NO. 05-3044 MAP
                  )
CITY OF SPRINGFIELD, ET AL )
                  )

GEORGE OLIVERAS  )
                  )
                  )
v.                )   CASE NO. 05-3045 MAP
                  )
CITY OF SPRINGFIELD, ET AL )
                  )

### AFFIDAVIT OF ENRIQUE J. FIGUEREDO

I, Enrique J. Figueredo take oath and state that:

1. I have personal knowledge and information of the facts stated herein and if called as a witness, I would testify competently thereto.

2. I am employed by the City of Springfield and work in the Springfield Public Schools system. Currently, I am the Executive Director of the Parent Information Center ("PIC") that has a full time staff of sixteen employees plus one part-time employee. The PIC handles all initial entries into the Springfield Public Schools. It also addresses a variety of parental concerns and school issues. My responsibilities also include negotiation of collective bargaining contracts, "No Child Left Behind"

46360

issues, re-zoning the school system, and I am part of the Superintendent's Senior Leadership Team.

3. The Springfield Public School system consists of approximately 27,000 students that attend 48 different schools plus independent out of district schools to service special needs of those students requiring specialized services that are not available in the Springfield Public Schools.

4. On January 20, 2005 at 1:45 p.m. I received a call from an individual who identified herself as Madelyn Santiago ("Ms. Santiago"). She told me that her home number was 739-5454 and that her cell phone number was 627-4216. Ms. Santiago stated that she was the parent of a student named Hector Rivera ("Hector"). Ms. Santiago asked when Hector would be returning to school. She also asked about another student, George Oliveras ("George") and said that she was George's guardian and that he resides with her. She mentioned to me that a "friend", Charlie Garcia, was already attending school at MCDI and asked how come not her kids? She put me on a three-way phone line, where I spoke directly to Charlie as to when he started and who did he work with? Charlie mentioned that he spoke to Peter Slowinski who called his mother to meet at MCDI on January 20th and Charlie would start on January 24th. Ms. Santiago mentioned to me that she had not heard from anyone in the School Department. I listened and told Ms. Santiago that I would look into it.

46360

5. I do not recall if I mentioned to Ms. Santiago that our plan would be to place Hector and George in alternative schools for their safety and that of the other children in the school system.

6. On January 25, 2005 at 3:55 p.m. I received a call from Attorney Peter Fenton. He said he had received a call from a lawyer for Hector and George and that the lawyer would not accept placement at alternative schools because they were like "warehouses". I mentioned to Attorney Fenton that the plan was to place all the students that were involved in the Mosque fire incident in different alternative schools.

7. On January 27, 2005 at 3:43 p.m. I received a voicemail on my telephone from Attorney Stephanie Raymond (788-4984) questioning why her client (George Oliveras) will not be able to return to the High School of Commerce. She asked that I return her call.

8. On January 28, 2005 at 4:00 p.m. I returned Attorney Raymond's phone message and got her voicemail. I left her a voice mail message indicating that George would be assigned to attend one of our alternative schools for an assessment period.

9. On January 31, 2005 I spoke to Peter Slowinski, Adjustment Counselor at Springfield Academy. I informed Counselor Slowinski that the seven students involved in the Mosque fire incident would be placed in alternative schools.

10. On February 3, 2005 at 1:30 p.m. Dr. Alex Gillat called me and said that five out of the seven involved students are in need of special education

46360

services. We also talked about the need for a long range plan for these students once the assessment period is over.

Subscribed and sworn to under the pains and penalties of perjury this 2nd day March 2005.

*Enrique J. Figueredo*
Enrique J. Figueredo
Executive Director, the Parent Information Center
Springfield Public Schools

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.                                Springfield, March 2, 2005

Then personally appeared the above named Enrique J. Figueredo and made oath that the above affidavit is true to the best of his knowledge and belief, and that said affidavit is given of his own free act and deed, before me.

*Harry P. Carroll, Esq.*
Harry P. Carroll, Esq.
Notary Public
My Commission
Expires: 2/11/07

46360