UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 [...] -2 A 10: 22

U.S. DISTRICT CO[...]
DISTRICT OF MAS[...]

| | |
|---|---|
| HECTOR RIVERA )<br>)<br>v. )<br>)<br>CITY OF SPRINGFIELD, ET AL ) | CASE NO. 05-3044 MAP |
| GEORGE OLIVERAS )<br>)<br>v. )<br>)<br>CITY OF SPRINGFIELD, ET AL ) | CASE NO. 05-3045 MAP |

**AFFIDAVIT OF DR. ALEX GILLAT**

I, Dr. Alex Gillat take oath and state that:

1. I have personal knowledge and information of the facts stated herein and if called as a witness, I would testify competently thereto.

2. I have been in the field of education for thirty eight years. I moved from Israel in 1985 to attend the University of Massachusetts in Amherst from which I earned a doctoral degree in Educational Administration and Organizational Behavior Management in 1989. In Israel, I was a Principal and Superintendent of fifteen Vocational High Schools. For twelve years both here and in Israel I was a faculty member in two Universities, the University of Haifa, Israel and the University of Massachusetts, Amherst,

46359

Massachusetts. In 1989 a private non-profit organization, COMPASS, from Boston was contracted to provide an emergency service program for the Springfield School Department. I was hired by COMPASS to run that program in Springfield. In 1991, Dr. Peter Negroni, Springfield Superintendent of Public Schools, asked me to come to work for the Springfield Public School system. He wanted me to design and implement Springfield's first program to combine behavioral modification procedures with psychological, social and educational assessments. The main purpose for doing this was to provide a highly structured alternative school for suspended students as well as for emergencies within the school system. The program that I designed and created is known as the Springfield Academy ("SPAC").

3. On Thursday, January 27, 2005 I attended a meeting at the Central Office of the Springfield School Department. After this meeting I met Dr. Beach, Assistant to the Superintendent, my direct supervisor. She instructed me to place the seven students from Commerce High School that were involved in the Mosque's arson in our alternative schools and the Twilight School at Science and Technology High School. The students will be provided with our Violence Prevention program, one student at the time. They will perform the Arson Prevention program through the Court system.

4. Aside from being the Springfield Academy Principal, I am also the Supervising Principal for the Alternative Schools in Springfield.

46359

5. As part of my responsibilities in this role, I consult continuously with Dr. Cosgriff, the Supervisor of our Psychological Services, in order to place students in our alternative schools. That was the case this time too – I told Dr. Cosgriff and Mr. Slowinski (the counselor in charge of our intakes/placements for the Assessment Center) that we have to place the students involved in the arson case into our alternative schools and the Twilight school of Sci-Tech.

6. The decision how to place students in our alternative schools is based upon information found in the students' files. In the above cases, the decision to place Hector and George was based upon the fact that the other five Commerce students involved in this incident were all special education students. They were placed in the alternative schools with capacity to handle special education students (i.e., Bridge Academy, SAGE, Springfield Academy and Springfield High School). George and Hector are regular education students. They were placed in the two alternative schools, MCDI Alternative High School and the Twilight school at Sci-Tech. These two alternative schools handle regular education students.

7. On Monday, January 31, 2005 we received a phone call from Mr. Figueredo the Director of Parent Information Center, informing us, again, that we have to place the seven students from Commerce into our alternative schools as well as in the twilight school at Sci-Tech.

46359

Subscribed and sworn to under the pains and penalties of perjury this 2nd day March 2005.

*G. Alex*

Dr. Alex Gillat
Principal SPAC
Springfield Public Schools

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.                                           Springfield, March 2, 2005

Then personally appeared the above named Dr. Alex Gillat and made oath that the above affidavit is true to the best of his knowledge and belief, and that said affidavit is given of his own free act and deed, before me.

*[signature]*
Carroll, Esq.
Notary Public:
My Commission
Expires: 10/11/07

46359