UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HECTOR RIVERA )<br>)<br>v. )<br>)<br>CITY OF SPRINGFIELD, ET AL ) | CASE NO. 05-3044 MAP |

| | |
|---|---|
| GEORGE OLIVERAS )<br>)<br>v. )<br>)<br>CITY OF SPRINGFIELD, ET AL ) | CASE NO. 05-3045 MAP |

**AFFIDAVIT OF PETER A. SLOWINSKI**

I, Peter A. Slowinski take oath and state that:

1. I have personal knowledge and information of the facts stated herein and if called as a witness, I would testify competently thereto.

2. I have spent my entire professional career in the field of education. For the last twenty five years I have primarily worked with students who have more severe behavioral or emotional issues than the normal student population. I have a M.Ed., General Counseling and a B.S., Biology. I have worked as a professional educator and adjustment counselor since 1974.

46337

1

3. I am employed by the City of Springfield, Massachusetts in the position of Adjustment Counselor at Springfield Academy and serve as the department head for most of the Springfield Alternative School Adjustment Counselors.

4. My responsibilities include working with long term suspended students from all Springfield Public Schools. Typically this work involves obtaining information from various sources that can be used by the Public Schools to help the student have a successful school experience. I have performed this type of work for a number of years.

5. Students from any of the schools that violate the Springfield Code of Student Conduct are subject to specific penalties set forth in the Code of Conduct. A true and authentic copy of the Code of Student Conduct is attached hereto and incorporated herein by reference as **Exhibit 1**.

6. George L. Oliveras ("George") and Hector L. Rivera ("Hector") are two regular education, Springfield students that received long term suspensions for an indefinite period of time from Commerce High School for felony behavior in accordance with M.G.L. c. 71, § 37H1/2.

7. On January 10, 2005, I received the suspensions of Hector and George along with other unrelated long term suspensions.

8. On January 11, 2005, among other things, I received the suspensions of two other students from Commerce High School under Massachusetts General Laws chapter 71, section 37H1/2. These two students were both special education students and had to be dealt with first.

9. Thereafter, I spoke with Dr. Gillat who informed me that Dr. Beach had directed him to place the seven Commerce students in alternative schools. These seven students would all, at some point, go through Springfield Academy's Violence Prevention Program. A true and authentic copy of the Springfield Academy's Violence Prevention Program is attached hereto and incorporated herein by reference as **Exhibit 2**.

10. On January 31, 2005, I called Madelyn Santiago ("Ms. Santiago") and asked her if she was the mother or guardian of Hector and George. Ms. Santiago informed me that she was Hector's mother and George's legal guardian. I identified myself to her and told her that I worked at Springfield Academy at MCDI. When I explained to her that Hector was going to be assigned to MCDI Alternative High School, she said I don't want him near Ruben Perez ("Ruben"). I went on to explain that George was going to be assigned to Sci-Tech's Twilight School. Ms. Santiago then informed me that she didn't want George near Ruben either.

11. On February 9, 2005, I called Ms. Santiago again. After identifying myself to her, she said "what do you want?" When I informed her that Hector was being assigned to MCDI Alternative High School, she said "they aren't going to MCDI." When I informed her that George was being assigned to Twilight School, she said "what's twilight?" Before I had the opportunity to explain it, she said "call my lawyer" and hung up the phone.

3

46337

12. On February 11, 2005, I called Ms. Santiago for the third time and after identifying myself to her, she said "call their attorney" and hung up the phone.

Subscribed and sworn to under the pains and penalties of perjury this 1st day March 2005.

*Peter A. Slowinski* (signature)
Peter A. Slowinski
Adjustment Counselor
Springfield Public Schools

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.                                    Springfield, March 1, 2005

Then personally appeared the above named Peter A. Slowinski and made oath that the above affidavit is true to the best of his knowledge and belief, and that said affidavit is given of his own free act and deed, before me.

*Harry P. Carroll, Esq.* (signature)
Notary Public:
My Commission
Expires:   10/11/07

4

46337