AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

## APPEARANCE

Case Number: CA 05-30044

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case ~~for~~ as Co-counsel for

Hector Rivera.

\_\_\_3-2-05\_\_\_
Date

Signature: Bryan K. Clauson, Esq.

Print Name: BRYAN K. CLAUSON, Esq.

Address: 95 STATE ST., SUITE 701

City: SPRINGFIELD   State: MA   Zip Code: 01103

Phone Number: (413) 519-3384