UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HECTOR RIVERA ) | |
| ) | |
| v. ) | CASE NO. 05-3044 MAP |
| ) | |
| CITY OF SPRINGFIELD, ET AL ) | |

| | |
|---|---|
| GEORGE OLIVERAS ) | |
| ) | |
| v. ) | CASE NO. 05-3045 MAP |
| ) | |
| CITY OF SPRINGFIELD, ET AL ) | |

**Certification Pursuant to L.R. 16.1 (D) (3)**

The defendants in the above captioned actions certify pursuant to Local Rule 16.1(D) (3) (a)-(b) that they have discussed a litigation budget and resolution of the litigation using Alternative Dispute Resolution with their counsel of record.

THE DEFENDANTS

CITY OF SPRINGFIELD AND
SPRINGFIELD PUBLIC SCHOOLS

_____
Charles V. Ryan, Esq.
Mayor

47240                                                                 1

DR. JOSEPH P. BURKE

*[signature]*
_____
Dr. Joseph P. Burke
Superintendent

DR. ANN STENNETT

*[signature]*
_____
Dr. Ann Stennett
Principal

THOMAS O'BRIEN

*[signature]*
_____
Thomas O'Brien
Assistant Principal

KOLAJO AFOLABI

*[signature]*
_____
Kolajo Afolabi
Assistant Principal

BY THEIR ATTORNEY

*[signature]*
_____
Harry P. Carroll, Esq.
Deputy City Solicitor

City of Springfield, Law Department
36 Court Street
Springfield, MA 01103
Phone 413-787-6085
Fax    413-787-6173
BBO # 076060

47240

2