UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HECTOR RIVERA }<br>                Plaintiff }<br>v.                                     }<br>                                      }<br>CITY OF SPRINGFIELD, ET AL }<br>                                      }<br>                       Defendants } | CIVIL ACTION NO. 05-30044 MAP |

**PLAINTIFF'S WRITTEN EXPLANATION REGARDING FAILURE TO APPEAR IN COURT FOR SCHEDULING CONFERENCE**

      On or about April 12, 2005 notice was sent to both Attorney Clauson and me clearly stating that the scheduling conference would be held at 10:30 and 11:00 respectively for the two cases. On several occasions Attorney Clauson and I met to draft a proposed joint scheduling statement. I was also involved in several conversations with Attorney Carroll regarding the drafting and submission of the Joint Statement. As your honor is aware, we submitted a Joint Scheduling Order as requested by the Court, and we were prepared to be present before your honor on May 17, 2005. Unfortunately, both Attorney Clauson and I had the matter scheduled for 2:30 pm. After reviewing the electronic notice and the Order of the Court, which is clear, I can only speculate as to how the wrong time was entered into my calendaring system. We take full responsibility that the mistake was our fault and for not being present. We also apologize for any delays we caused to both Attorney Carroll and your honor.

      Moreover, both Attorney Clauson and I beg the court's forgiveness for our failure to appear. This matter and the respect we hold for the U.S. District Court is of the highest regard.

                                                    Respectfully submitted,
                                                    The Plaintiff
                                                    By their attorneys

May 22, 2005                             **/S/DEREK M. BEAULIEU**
                                                    Derek M. Beaulieu, Esq.
                                                    1242 Main Street, Suite 306
                                                    Springfield, MA 01103
                                                    BBO#644185

                                                    **/S/BRYAN K. CLAUSON**
                                                    Bryan k. Clauson, Esq.
                                                    95 State  Street, Suite 701
                                                    Springfield, MA 01103