UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HECTOR RIVERA }<br>        Plaintiff }<br>v. }<br> }<br>CITY OF SPRINGFIELD, ET AL }<br>        Defendants } | CIVIL ACTION NO. 05-3044 MAP |
| GEORGE OLIVERAS }<br>        Plaintiff }<br>v. }<br> }<br>CITY OF SPRINGFIELD, ET AL }<br>        Defendants } | CIVIL ACTION NO. 05-3045 MAP |

**CERTIFICATION PURSUANT L.R. 16.1**

Now comes the Plaintiffs in the above captioned matters, and respectfully submits pursuant to Local Rule 16.1(D)(3) (a)-(b) that they have discussed a litigation budget and resolution of the litigation using Alternative Dispute Resolution with their counsel of record.

**/S/DEREK M. BEAULIEU**
Derek M. Beaulieu *as Guardian ad litem*
On Behalf of Hector Rivera

**/S/DEREK M. BEAULIEU**
Derek M. Beaulieu *as Guardian ad litem*
On Behalf of George Oliveras

                                                Respectfully submitted,
                                                The Plaintiff
                                                By their attorneys

May 22, 2005                                      **/S/DEREK M. BEAULIEU**
                                                  Derek M. Beaulieu, Esq.
                                                  1242 Main Street, Suite 306
                                                  Springfield, MA 01103
                                                  BBO#644185