# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

HECTOR RIVERA,
        Plaintiff

                                   CIVIL ACTION NO.  05-30044-MAP

        V.

CITY OF SPRINGFIELD, ET AL
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

PONSOR,   D..J:

    The Court having been advised on   June 22, 2005   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

                               By the Court,

June 22, 2005                   /s/ Mary Finn
_____                  _____
       Date                      Deputy Clerk